## Other Orders/Judgments

2:16-cv-02777-JLL WALCOTT v. UNITED STATES OF AMERICA

HABEAS,PS3



2016 JUN 17 P 2:

## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 6/2/2016 at 10:49 AM EDT and filed on 5/31/2016
**Case Name:** WALCOTT v. UNITED STATES OF AMERICA
**Case Number:** 2:16-cv-02777-JLL
**Filer:**
**WARNING: CASE CLOSED on 05/31/2016**
**Document Number:** 3

**Docket Text:**
**ORDER ADMINISTRATIVELY DISMISSING CASE: It is ORDERED the Clerk of the Court shall administratively terminate this case, without filing the motion; Petitioner is informed that administrative termination is not a dismissal for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar if it was originally filed timely; and it is further ORDERED that the Clerk of the Court shall forward Petitioner a blank section 2255 form; and it is further ORDERED that the Clerk's service of the blank section 2255 form shall not be construed as this Court's finding that the motion is or is not timely; and it is further ORDERED that if Petitioner wishes to reopen this case, he shall so notify the Court, in a writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, within 30 days of the date of entry of this Order; Petitioner's writing shall include a complete, signed § 2255 motion on the appropriate form; and it is further ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and a complete, signed motion on the correct form, the Clerk of the Court will be directed to reopen this case. Signed by Judge Jose L. Linares on 5/31/2016. (seb)**

**2:16-cv-02777-JLL Notice has been electronically mailed to:**

JONATHAN MICHAEL PECK    jonathan.peck@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

**2:16-cv-02777-JLL Notice will not be electronically mailed to::**

ANDREW MICHAEL WALCOTT
33225-083
FEDERAL CORRECTION INSTITUTION HAZELTON
P.O. BOX 5000

BRUCETON MILLS, WV 26525

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/2/2016] [FileNumber=9337316-0]
[a5387df2986caf04b4922405658998dc0c3c8a4a37e9a92079aba831ed2a052e1c5d
7b4abd1390cb64b8d50b01218b327ff15a3753b2a1059b9b26a145491f91]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW MICHAEL WALCOTT, | Civil Action No. 16-2777 (JLL) |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

*Pro se* Petitioner Andrew Michael Walcott, a prisoner confined at FCI Hazelton, seeks to file a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Local Civil Rule 81.2 provides:

> Unless prepared by counsel, . . . motions under 28 U.S.C. § 2255 shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a). Petitioner did not use the habeas form supplied by the Clerk for section 2255 motions, *i.e.*, AO243 (modified): DNJ-Habeas-004 (Rev. 01-2014).

THEREFORE, it is on this  31st  day of May, 2016,

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the motion; Petitioner is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar if it was originally filed timely, *see Papotto v. Hartford Life & Acc. Ins. Co.*, 731 F.3d 265, 275 (2013) (distinguishing administrative terminations from dismissals); *Jenkins v. Superintendent of Laurel Highlands*, 705 F.3d 80, 84 n.2 (2013) (describing prisoner mailbox rule generally); *Dasilva v. Sheriff's Dep't*, 413 F. App'x 498, 502 (3rd Cir. 2011) (per

curiam) ("[The] statute of limitations is met when a [motion] is submitted to the clerk before the statute runs ...."); and it is further

ORDERED that the Clerk of the Court shall forward Petitioner a blank section 2255 form— AO243 (modified): DNJ-Habeas-004 (Rev. 01-2014); and it is further

ORDERED that the Clerk's service of the blank section 2255 form shall not be construed as this Court's finding that the motion is or is not timely; and it is further

ORDERED that if Petitioner wishes to reopen this case, he shall so notify the Court, in a writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, within 30 days of the date of entry of this Order; Petitioner's writing shall include a complete, signed § 2255 motion on the appropriate form; and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and a complete, signed motion on the correct form, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

Hon. Jose L. Linares,
United States District Judge

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

DM DANIELS
NO 070
02 JUN '16
PM 3 L

NIXIE         076  4C  1          0008/11/16

        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 07101                *1230-03865-02-42*

UNCLAIMED